UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

In re: BENTON, CHELSEA M.    § Case No. 18-33886-MAW
                             §
                             §
Debtor(s)                    §

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on December 14, 2018. The undersigned trustee was appointed on December 14, 2018.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of     $     115,139.86

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 34,525.85 |
   | Bank service fees | 687.85 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 1,250.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of [1]   $ | 78,676.16 |

   The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 05/31/2019 and the deadline for filing governmental claims was 06/12/2019. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $8,944.49. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $8,944.49, for a total compensation of $8,944.49.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $1,175.60, for total expenses of $1,175.60.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/11/2021      By: /s/Patti Baumgartner-Novak
                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 18-33886-MAW  **Trustee:** (550690) Patti Baumgartner-Novak
**Case Name:** BENTON, CHELSEA M.  **Filed (f) or Converted (c):** 12/14/18 (f)
  **§341(a) Meeting Date:** 02/12/19
**Period Ending:** 10/11/21  **Claims Bar Date:** 05/31/19

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2140 Shenandoah, Toledo, OH<br><br>Sold per Court Order of 03/01/21, Doc. 45 | 88,400.00 | 45,139.86 | | 45,139.86 | FA |
| 2 | 2128 Shenandoah, Toledo, OH<br><br>Sold per Court Order of 02/16/21, Dc. 36 | 26,500.00 | 70,000.00 | | 70,000.00 | FA |
| 3 | 2009 Toyota Corolla, 100000 miles. | 6,000.00 | 0.00 | | 0.00 | FA |
| 4 | Misc. furniture and appliances | 3,000.00 | 0.00 | | 0.00 | FA |
| 5 | Television, computer | 1,000.00 | 0.00 | | 0.00 | FA |
| 6 | Clothing | 1,000.00 | 0.00 | | 0.00 | FA |
| 7 | checking/savings: Fifth Third Bank | 200.00 | 0.00 | | 0.00 | FA |
| 8 | State Teachers Retirement: STRA | Unknown | 0.00 | | 0.00 | FA |
| 8 | **Assets Totals** (Excluding unknown values) | **$126,100.00** | **$115,139.86** | | **$115,139.86** | **$0.00** |

**Major Activities Affecting Case Closing:**

houses sold - funds received-  claims reviewed 6/13/19 - taxes prepared - no taxes owed  - TFR 09/30/21

**Initial Projected Date Of Final Report (TFR):** December 1, 2019  **Current Projected Date Of Final Report (TFR):** September 30, 2021  (Actual)


_____  /s/ Patti Baumgartner-Novak
October 11, 2021  _____
Date  Patti Baumgartner-Novak

Printed: 10/11/2021 01:47 PM    V.20.36

18-33886-maw    Doc 62    FILED 10/12/21    ENTERED 10/12/21 14:25:38    Page 3 of 11

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 18-33886-MAW
**Case Name:** BENTON, CHELSEA M.

**Taxpayer ID #:** **-***1794
**Period Ending:** 10/11/21

**Trustee:** Patti Baumgartner-Novak (550690)
**Bank Name:** Metropolitan Commercial Bank
**Account:** ******2378 - Checking Account
**Blanket Bond:** $2,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 03/16/21 | | Liberty Title Inc | net proceeds from sale of 2140 Shenandoah | | | 22,112.08 | | 22,112.08 |
| | {1} | | Gross proceeds from sale of 2140 Shenandoah | 45,100.00 | 1110-000 | | | 22,112.08 |
| | | | County taxes 12/20/20 - 03/16/21 | -602.10 | 2820-000 | | | 22,112.08 |
| | | | Lucas County Auditor transfer tax | -180.40 | 2820-000 | | | 22,112.08 |
| | | | Realtor commission | -4,000.00 | 3510-000 | | | 22,112.08 |
| | | | Title settlement fee to Liberty Title | -250.00 | 2500-000 | | | 22,112.08 |
| | | | Title Policy First American Title Ins Co | -304.18 | 2500-000 | | | 22,112.08 |
| | | | Delinquent taxes Lucas County Teasurer | -16,225.71 | 2820-000 | | | 22,112.08 |
| | | | Delinquent Water Bill to Dept. of Public Utilities | -1,095.39 | 2500-000 | | | 22,112.08 |
| | {1} | | Credit for HOA fees 03/16/21 to 01/01/22 | 39.86 | 1110-000 | | | 22,112.08 |
| | | | HOA fees (pro-rated and credit back to seller, see above) | -50.00 | 2500-000 | | | 22,112.08 |
| | | | Past due HOA fees to Westmoreland Association | -320.00 | 2500-000 | | | 22,112.08 |
| 03/18/21 | 101 | Toledo Edison | Final Electric bill for 2140 Shenandoah | | 2420-000 | | 31.59 | 22,080.49 |
| 03/18/21 | 102 | Foremost Insurance Company | Insurance on 2140 Shenandoah, TOledo, OH 43607 - #381-5004734592-01<br>Voided on 03/18/21 | | 2420-000 | | 281.25 | 21,799.24 |
| 03/18/21 | 102 | Foremost Insurance Company | Insurance on 2140 Shenandoah, TOledo, OH 43607 - #381-5004734592-01<br>Voided: check issued on 03/18/21 | | 2420-000 | | -281.25 | 22,080.49 |
| 03/18/21 | 103 | Foremost Insurance Company | Insurance on 2128 Shenandoah, TOledo, OH 43607 - #381-5004734779-01 | | 2420-000 | | 322.00 | 21,758.49 |
| 03/18/21 | 104 | Chelsea Benton | Exemption in 2140 Shenandoah, Toledo, OH | | 8100-002 | | 1,250.00 | 20,508.49 |
| 03/24/21 | | Louisville Title | Net proceeds from sale of 2128 Shenandoah | | | 60,121.02 | | 80,629.51 |
| | {2} | | Gross proceeds from sale of 2128 Shenandoah | 70,000.00 | 1110-000 | | | 80,629.51 |

Subtotals : $82,233.10 $1,603.59

{} Asset reference(s)

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 18-33886-MAW  
**Case Name:** BENTON, CHELSEA M.  

**Taxpayer ID #:** **-***1794  
**Period Ending:** 10/11/21

**Trustee:** Patti Baumgartner-Novak (550690)  
**Bank Name:** Metropolitan Commercial Bank  
**Account:** ******2378 - Checking Account  
**Blanket Bond:** $2,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| | | | County Taxes 12/20/20 to 03/23/21 | -255.29 | 2820-000 | | | 80,629.51 |
| | | | Realtor commission | -4,200.00 | 3510-000 | | | 80,629.51 |
| | | | Settlement fees to Louisville Title Agency | -250.00 | 2500-000 | | | 80,629.51 |
| | | | Title Insurance to Louisville Title Agency | -402.50 | 2500-000 | | | 80,629.51 |
| | | | Lucas County Auditor transfer tax | -280.00 | 2820-000 | | | 80,629.51 |
| | | | Delinquent HOA fees paid to Westmoreland Association | -331.48 | 2500-000 | | | 80,629.51 |
| | | | Delinquent taxes Lucas County Treasurer | -4,159.71 | 2820-000 | | | 80,629.51 |
| 03/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | | 2600-000 | | 36.37 | 80,593.14 |
| 04/09/21 | 105 | Foremost Insurance Company | Insurance on 2128 Shenandoah, Toledo, OH 43607 - #381-5004734779-01 | | 2420-000 | | 14.00 | 80,579.14 |
| 04/28/21 | 106 | Thomas P. Goodwin | Attorney for Trustee fees paid per Court Order of 04.26.2021 | | 3210-000 | | 986.00 | 79,593.14 |
| 04/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | | 2600-000 | | 129.14 | 79,464.00 |
| 05/28/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | | 2600-000 | | 119.01 | 79,344.99 |
| 06/14/21 | | Foremost Insurance CO | refund of insurance payment | | 2420-000 | | -322.00 | 79,666.99 |
| 06/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | | 2600-000 | | 140.15 | 79,526.84 |
| 07/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | | 2600-000 | | 127.45 | 79,399.39 |
| 08/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | | 2600-000 | | 135.73 | 79,263.66 |
| 09/21/21 | 107 | Gary Wagner | Accountant to Trustee fees paid pursuant to Court Order of 09/20/21, Doc. 58 | | 3410-000 | | 587.50 | 78,676.16 |
| | | | **ACCOUNT TOTALS** | | | 82,233.10 | 3,556.94 | **$78,676.16** |
| | | | Less: Bank Transfers | | | 0.00 | 0.00 | |
| | | | **Subtotal** | | | 82,233.10 | 3,556.94 | |
| | | | Less: Payments to Debtors | | | | 1,250.00 | |
| | | | **NET Receipts / Disbursements** | | | **$82,233.10** | **$2,306.94** | |

{} Asset reference(s)

Printed: 10/11/2021 01:47 PM    V.20.36

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** 18-33886-MAW | **Trustee:** | Patti Baumgartner-Novak (550690) |
| **Case Name:** BENTON, CHELSEA M. | **Bank Name:** | Metropolitan Commercial Bank |
| | **Account:** | ******2378 - Checking Account |
| **Taxpayer ID #:** **-***1794 | **Blanket Bond:** | $2,000,000.00  (per case limit) |
| **Period Ending:** 10/11/21 | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| Net Receipts : | 82,233.10 | |
| Plus Gross Adjustments : | 32,906.76 | |
| Less Payments to Debtor : | 1,250.00 | |
| Net Estate : | $113,889.86 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******2378** | 82,233.10 | 2,306.94 | 78,676.16 |
| | $82,233.10 | $2,306.94 | $78,676.16 |

{} Asset reference(s)

# Exhibit C - Claims Analysis

Case: 18-33886-MAW　　BENTON, CHELSEA M.

Claims Bar Date: 05/31/19

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
|  | Patti Baumgartner-Novak<br>3015 Navarre Ave<br>Suite 203<br>Oregon, OH 43616<br><2200-00　Trustee Expenses>, 200 | Admin Ch. 7<br>12/14/18 |  | $1,175.60<br>$1,175.60 | $0.00 | $1,175.60 |
|  | Patti Baumgartner-Novak<br>3015 Navarre Ave<br>Suite 203<br>Oregon, OH 43616<br><2100-00　Trustee Compensation>, 200 | Admin Ch. 7<br>12/14/18 |  | $8,944.49<br>$8,944.49 | $0.00 | $8,944.49 |
| 1 | MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368<br><7100-00　General Unsecured § 726(a)(2)>, 610 | Unsecured<br>02/22/19 | 7052<br>Claim reviewed and ok'd. pbn<br>------------------------------------------------------------------------<br>Schedule F Account: 7052 | $1,382.91<br>$1,382.91 | $0.00 | $1,382.91 |
| 2 | Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083<br><7100-00　General Unsecured § 726(a)(2)>, 610 | Unsecured<br>02/27/19 | 2949<br>Claim reviewed and ok'd. pbn<br>------------------------------------------------------------------------<br>Schedule F Account: 2949 | $1,010.38<br>$1,010.38 | $0.00 | $1,010.38 |
| 3 | Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083<br><7100-00　General Unsecured § 726(a)(2)>, 610 | Unsecured<br>02/27/19 | 0182<br>Claim reviewed and ok'd. pbn<br>------------------------------------------------------------------------<br>Schedule F Account: 0182 | $2,764.99<br>$2,764.99 | $0.00 | $2,764.99 |
| 4 | U.S. Bank National Association<br>PO Box 5227<br><br>Cincinnati, OH 45201-5227<br><7100-00　General Unsecured § 726(a)(2)>, 610 | Unsecured<br>03/29/19 | 1181<br>Claim reviewed and ok'd. pbn | $1,377.89<br>$1,377.89 | $0.00 | $1,377.89 |
| 5 | U.S. Department of Education<br>c/o FedLoan Servicing<br>P.O. Box 530210<br>Atlanta, GA 30353<br><7100-00　General Unsecured § 726(a)(2)>, 610 | Unsecured<br>04/18/19 | 1679<br>Claim reviewed and ok'd. pbn<br>------------------------------------------------------------------------<br>Schedule F Account: 1679 | $214,390.54<br>$214,390.54 | $0.00 | $214,390.54 |

# Exhibit C - Claims Analysis

Case: 18-33886-MAW    BENTON, CHELSEA M.

Claims Bar Date: 05/31/19

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 6P | City of Toledo Division of Taxation<br>Attn: Beth Sorgenfrei<br>One Government Center, Suite 2070<br>Toledo, OH 43604<br><5800-00  Claims of Governmental Units>, 570 | Priority<br>05/24/19 | 1679<br><br>Claim reviewed and ok'd.  pbn<br>--------------------------------------------------------------------------<br>Schedule E Account: 1679 | $1,034.42<br>$1,034.42 | $0.00 | $1,034.42 |
| 6U | City of Toledo Division of Taxation<br>One Government Center<br>Suite 2070<br>Toledo, OH 43604<br><7300-00  Fines, Penalties § 726(a)(4)>, 630 | Unsecured<br>05/24/19 | Claim reviewed and ok'd.  pbn | $754.24<br>$754.24 | $0.00 | $754.24 |
| 7 | Department Stores National Bank<br>c/o Quantum3 Group LLC<br>PO Box 657<br>Kirkland, WA 98083-0657<br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>05/31/19 | 0626/MACY'S<br><br>Claim reviewed and ok'd.  pbn | $367.44<br>$367.44 | $0.00 | $367.44 |
| 8 | Dawn L. Burgan<br>26640 Mingo Dr.<br><br>Perrysburg, OH 43551<br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>05/31/19 | Claim reviewed and ok'd.  pbn | $25,000.00<br>$25,000.00 | $0.00 | $25,000.00 |
| ADMIN | Clerk of US Bankruptcy Court<br>1716 Spielbusch Avenue<br><br>Toledo, OH 43604<br><2700-00  Clerk of the Court Costs (includes adversary and other filing fees)>, 200 | Admin Ch. 7<br>12/14/18 | Motion to defer fee for Motion to Sell 2128 Shenandoah | $188.00<br>$188.00 | $0.00 | $188.00 |
| ADMIN | Clerk of US Bankruptcy Court<br>1716 Spielbusch Avenue<br><br>Toledo, OH 43604<br><2700-00  Clerk of the Court Costs (includes adversary and other filing fees)>, 200 | Admin Ch. 7<br>12/14/18 | Motion to defer fee to Selll 2140 Shenandoah | $188.00<br>$188.00 | $0.00 | $188.00 |

Case Total:    $0.00    $258,578.90

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 18-33886-MAW
Case Name: BENTON, CHELSEA M.
Trustee Name: Patti Baumgartner-Novak

**Balance on hand:** $ 78,676.16

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | None | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 78,676.16

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Patti Baumgartner-Novak | 8,944.49 | 0.00 | 8,944.49 |
| Trustee, Expenses - Patti Baumgartner-Novak | 1,175.60 | 0.00 | 1,175.60 |
| Charges, U.S. Bankruptcy Court | 376.00 | 0.00 | 376.00 |

Total to be paid for chapter 7 administration expenses: $ 10,496.09
Remaining balance: $ 68,180.07

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| | None | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 68,180.07

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $1,034.42 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 6P | City of Toledo Division of Taxation | 1,034.42 | 0.00 | 1,034.42 |

**UST Form 101-7-TFR (05/1/2011)**

|   | Total to be paid for priority claims: | $ | 1,034.42 |
|---|---|---|---|
|   | Remaining balance: | $ | 67,145.65 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 246,294.15 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 27.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | MERRICK BANK | 1,382.91 | 0.00 | 377.01 |
| 2 | Capital One Bank (USA), N.A. | 1,010.38 | 0.00 | 275.45 |
| 3 | Capital One Bank (USA), N.A. | 2,764.99 | 0.00 | 753.80 |
| 4 | U.S. Bank National Association | 1,377.89 | 0.00 | 375.65 |
| 5 | U.S. Department of Education | 214,390.54 | 0.00 | 58,447.97 |
| 7 | Department Stores National Bank | 367.44 | 0.00 | 100.17 |
| 8 | Dawn L. Burgan | 25,000.00 | 0.00 | 6,815.60 |

|   | Total to be paid for timely general unsecured claims: | $ | 67,145.65 |
|---|---|---|---|
|   | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
|   | None |   |   |   |

|   | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
|---|---|---|---|
|   | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 754.24 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 6U | City of Toledo Division of Taxation | 754.24 | 0.00 | 0.00 |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**