UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

In re: BENTON, CHELSEA M. ) Case No. 18-33886
) Chapter 7

Debtor(s). ) Judge: MARY ANN WHIPPLE

## TRANSMITTAL OF UNCLAIMED FUNDS

Patti Baumgartner-Novak, Trustee of this estate, reports the following:

1. Ninety days have passed since final distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The names of the persons to whom such un-negotiated checks were issued, the amount of such check and their last known addresses are:

    U.S. Department of Education c/o FedLoan Servicing, PO Box 530210, Atlanta, GA 30353                    $58,447.97

2. Your Trustee's check for $58,447.97 payable to the Clerk of the United States Bankruptcy Court is herewith transmitted.

Date: 2/25/2022                    /s/Patti Baumgartner-Novak
                                   Patti Baumgartner-Novak
                                   Chapter 7 Panel Trustee